OFT (10/31/15)

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

June 2, 2016

Clerk, U.S. Bankruptcy Court

BY DEPUTY

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re
**Robert Eugene Fredrickson**
  *Other names used by debtor:* Fredrickson Homes, LLC
Debtor(s)

Case No. **16–31577–tmb7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **9/2/16** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File a proof of claim at www.orb.uscourts.gov. Select Proof of Claim (ePOC) and follow the steps to create and electronically file a proof of claim on the required form. No login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.